IN THE UNITED STATES DISTRICT COURT

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

JAN 05 2026

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

TERRY LAMAR MCCOY                    PLAINTIFF

V.          CASE № : 4:25-CV-00992-LPR-JJV

MUSSELWHITE , et al                  DEFENDANTS

DECLARATION OF TERRY LAMAR MCCOY IN SUPPORT OF
MOTION FOR T.R.O. AND PRELIMINARY INJUNCTIVE RELIEF
PURSUANT TO 28 U.S.C. §1746. I DECLARE UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE AND CORRECT

COMES NOW, the Plaintiff, pro se', in the above caption with this motion
for t.r.o. and preliminary injunctive relief, and state as follows:

1) I have a 1st Amendment right to receive legal correspondence
from the United States District Court and any attorney at law,
as it is, and shall (mandatory) be considered Privileged Correspondence.
See Ark. Admin. Rules 004-00-01 AR 860 - Inmate Correspondence.

A. There are generally three classes of correspondence : privileged,
general, and inter-unit.

2) The defendants and their employees are destroying my legal
mail/Privileged documents from the United States District Court,
Attorneys at law, and legal mail from officers of entity

named in F.R.E. 902 (1)(A) that are Sealed and Signed in its original form, which are Evidence That IS SELF-AUTHENTICATING by placing them into a shredder and refusing to allow me to have them in my possession in violation of my 1st Amendment right under the United States Constitution, also Ark. Amends, Ark. Admin. Rules 004-00-01 AR 860.

3). The defendants and their employees are scanning my legal mail / PRIVILEGED / LEGAL COMMUNICATION after inspecting it for contraband.

4). The defendants are keeping a record of my incoming and outgoing legal mail in violation of Arkansas Admin. Rules 004-00-01 AR 860 - Inmate Correspondence.

5). The defendants and their employees are scanning my legal mail and saving it to print copies and reading my legal mail word for word in violation of my legal right to privacy in my Legal-communication, which this right is protected by the 1st amendment of the United States Constitution.

6). I have never been written any kind of disciplinary or had any criminal charge, or been any offender of any legal mail crime, and my legal mail is being denied for an unjustified reason.

DATE: 12/28/2025

Terry Lamar McCoy #654559
Cummins Unit
P.O. Box # 500
Grady, AR. 71644

**004.03.1-860. Inmate Correspondence**
AR ADC 004.03.1-860Arkansas Administrative Code   *(Approx. 5 pages)*

West's Arkansas Administrative Code
 Title 004. Department of Corrections
  Division 03. Office of the Secretary
   Rule 1. Administrative Rules
    Inmate and Program Management

Ark. Admin. Code 004.03.1-**860**
Formerly cited as AR ADC 004.00.2-860

004.03.1-**860**. Inmate Correspondence

Currentness

## I. POLICY:

To establish guidelines for correspondence between inmates and certain persons and organizations for the purpose of retaining community ties, stimulating intellectual pursuits, assisting in attainment of vocational or educational goals, resolving grievances and problems, and facilitating the flow of information in areas of legal concern.

## II. EXPLANATION:

Correspondence, at a wholesome and constructive level, with family members, close friends, associates and organizations is essential to the morale of all confined persons. It may form a positive basis for both present and future adjustment in the unit/center and in the community.

A. There are generally three classes of correspondence: Privileged, General, and Interstate/Inter-Unit

1. Privileged Correspondence

Incoming and outgoing correspondence with the persons or organizations specified below shall be considered privileged correspondence as long as the designated individuals are acting in their official capacities.

a. Officers of Federal, State, and Local Courts

b. Any Federal, State Official or Agency

c. Any administrator of the Department of Correction

d. The Parole Board or any member thereof

e. Board of Corrections

f. Inmate's Attorney

g. Any member of the media, including print, radio, and television

Mail from the above will be opened only in the presence of the inmate concerned for inspect of contraband. Mail opened and inspected under these circumstances will not be read or censored, but may be rejected in its entirety if it is found to contain contraband.

There will be no records kept of incoming or outgoing privileged correspondence. Outgoing privileged correspondence shall have the words "Privileged Correspondence" or "Legal Mail" marked on the envelope or it will be considered general correspondence. All incoming mail should be in official letterhead envelopes and should be clearly identified as "Privileged Correspondence". Media mail should be clearly marked "Media Mail".

2. General Correspondence

Correspondence, other than privileged or Interstate/inter-unit correspondence, shall be considered general correspondence. Inmates do not need to submit a list of the people with whom they wish to correspond, nor

will any approval be needed from the administration prior to corresponding. There will be no limitation placed on the number of letters mailed or received. All general correspondence, both incoming and outgoing, may be opened, inspected, read and records may be kept of all incoming and outgoing general correspondence to see that the family contact is maintained. Such contact is essential for rehabilitation and arrangements may be made, in the absence of family contact, for correspondence with a volunteer.

The full name under which the inmate was committed and the ADC number of the inmate shall be shown in the upper left-hand corner of the envelope on the outgoing mail. Any violation of the rules and rules [FN1] which also constitutes a violation of Federal Postal Laws shall be reported to the Federal Postal authorities or appropriate personnel responsible for the processing and inspection of such mail. Inmates in punitive segregation will be allowed to send and receive letters on the same basis as inmates in the general population. This will include both general and privileged correspondence.

3. Interstate/Inter-Unit Correspondence between Incarcerated Individuals

Interstate and Inter-unit correspondence is that mail between all individuals who are incarcerated either within the Arkansas Department of Correction or another facility. Interstate, and Inter-Unit correspondence of two (2) incarcerated individuals will be restricted to members of the immediate family. It will be subjected to the usual rules under general correspondence. Inter-unit correspondence must have the approval of both the sending and receiving unit/center Warden/Center Supervisor. In the case of Interstate correspondence where the out of state facility does not take a position, only the Arkansas Warden/Center Supervisor must approve. For the purposes of this provision "immediate family" is defined as the inmate's father, mother, sister, brother, spouse, children, grandparents, grandchildren, stepfamily members, half-siblings, verified foster child, son-in law, daughter-in-law, niece or nephew.

B. Packages:

Inmates who are authorized hobby craft cards may order and receive items previously approved by the Warden/Center Supervisor or his/her designee. No other packages will be allowed except with the approval of the Warden/Center Supervisor and the appropriate Assistant/Deputy Director.

Items needed may be purchased through the commissary.

C. Definitions:

1. Inspections: Mail or hobby craft packages can be opened in order to determine if any contraband items are contained therein and to remove any such contraband items.

2. Contraband: Any item that is not permitted under the usual rules of the unit/center.

3. Rejection: Subject to review and rejection of such material which the officials sincerely believe presents a clear and present danger to institutional security.

D. The administrator reserves the right to inspect, read, or stop any mail or hobby craft packages where there is reason to believe a clear and present danger to the security of the unit/center exists.

E. The Department will not accept postage due mail or hobby craft packages.

F. All letters will be written in the English language unless there is approval by the Warden/Center Supervisor to do otherwise.

G. Violators of correspondence rules will be subject to disciplinary action.

## Credits

Eff. Mar. 24, 2001. Amended Aug. 22, 2010.

[FN1]

So in original.

West's Arkansas Administrative Code (WAAC) is current with amendments received through July 15, 2025. Some sections may be more current, see credit for details.

Ark. Admin. Code 004.03.1-**860**, AR ADC 004.03.1-**860**

**End of Document**                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.