## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                    **PLAINTIFF**
**ADC #654559**

**v.**                                    **No. 4:25-cv-00992-LPR-JJV**

**GARY MUSSELWHITE, et al.**                                            **DEFENDANTS**

### ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 21) and the Plaintiff's Objections (Doc. 25). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint passes screening as to Plaintiff's secondhand drug smoke and inadequate medical care claims against Defendants Musselwhite, Young, Rucker, Daniels, Coleman, Farfan, Kellebrew, Payne, King, Straughn, Young, McConnell, Bailey, Johnson, and Artley in their official and individual capacities.[2] All other claims and Defendants are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 1st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court is not entirely sold on the PRD's conclusion that the setting of fires in cells does not trigger the imminent danger exception. But the PRD is correct that the risk of fire claims are not sufficiently related to the secondhand smoke claims to be brought in the same action.

[2] The Court sees that these Defendants have answered the operative Complaint as opposed to moving to dismiss. So the Court will not concern itself with whether a strong motion to dismiss would be worthwhile.