**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRY LAMAR MCCOY** **PLAINTIFF**
**ADC #654559**

**v.** **No. 4:25-cv-00992-LPR**

**GARY MUSSELWHITE, et al.** **DEFENDANTS**

**ORDER**

Plaintiff Terry Lamar McCoy filed a Motion for Temporary Restraining Order (Docs. 9, 10, 11), which the Court later converted to a Motion for a Preliminary Injunction. *See* Order (Doc. 103). The Court ordered Defendants to respond to the Motion, and Defendants filed their Responses on April 9, 2026 (Doc. 105) and May 6, 2026 (Doc. 110).[1] Mr. McCoy filed a Reply (Doc. 109). Having carefully considered the parties' submissions as well as the entire case record, the Court DENIES the Motion for the reasons presented in Defendants' Responses.[2] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 25th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] The first Response pertains to Medical Defendants Shaun Young and Lori McConnell, while the second Response pertains to all ADC Defendants. *See* Docs. 105, 110.

[2] This Order moots Judge Volpe's pending recommendation to deny the Motion. *See* Partial Recommended Disposition (Doc. 20).