**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRY LAMAR MCCOY** **PLAINTIFF**
**ADC #654559**

**v.** **No. 4:25-cv-00992-LPR**

**GARY MUSSELWHITE, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 89) and the Plaintiff's Objections (Docs. 90, 91). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Medical Defendants' Motion for Summary Judgment (Doc. 56) is GRANTED. Plaintiff's inadequate medical care claims against Defendants Shaun Young and Lori McConnell are DISMISSED without prejudice based on Plaintiff's failure to exhaust his administrative remedies. The Clerk is directed to terminate Defendants Shaun Young and Lori McConnell as parties to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 25th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] In his Objections, Plaintiff claims that the Medical Defendants filed a Notice that withdrew or otherwise mooted their Motion for Summary Judgment. Doc. 90 at 1; *see* Notice (Doc. 83). Before the PRD was entered, however, Judge Volpe entered a Text Order acknowledging that the Notice had been filed in error and was subsequently withdrawn. Doc. 88. Thus, Plaintiff's assertion is without merit.