**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TERRY LAMAR MCCOY** **PLAINTIFF**
**ADC #654559**

**v.** **No. 4:25-cv-00992-LPR**

**GARY MUSSELWHITE, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 104) and Plaintiff's Objections (Doc. 108). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the ADC Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 92) is GRANTED. Plaintiff's claims against Defendants Musselwhite, Young, Rucker, Daniels, Coleman, Farfan, Kellebrew, Payne, King, Straughn, Bailey, Johnson, and Beard are hereby DISMISSED without prejudice based on Plaintiff's failure to fully exhaust his administrative remedies. Plaintiff's Amended Complaint (Doc. 8) is DISMISSED without prejudice. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

[1] The Court makes one small correction to the first sentence of the first full paragraph on page 5 of the RD: Plaintiff filed his informal resolution on July 28, 2025, not July 28, 2026.

IT IS SO ORDERED this 25th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE